## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                      NO. 4:19-CR-00526-01 LPR

MARVIN WARD                                                                             DEFENDANT

### ORDER

Pending before the Court is the Government's Motion to Dismiss the Indictment without prejudice (Doc. 23).  The motion is made pursuant to Rule 48(a).  The motion is granted.  The indictment is thus dismissed without prejudice.

IT IS SO ORDERED this 27th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE